IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

AARON COLLINS
ADC #111257                                                                                    PLAINTIFF

v.                                      NO. 2:05CV00247 JLH

PATRICK BELL                                                                                   DEFENDANT

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment would not be taken in good faith.

DATED this 16th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE